AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KOLJA VRANISKOSKA
        Plaintiff(s)
    v.        **Civil Action No.**   2:11CV308

FRANCISCAN COMMUNITIES INC.
        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

√ Other: Judgment is entered on behalf of defendant, Franciscan Communities Inc. and against plaintiff, Kolja Vraniskoska.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

√ decided by Judge Jon E. DeGuilio on defendant's motion for summary judgment.

DATE: August 29, 2013        ROBERT TRGOVICH, CLERK OF COURT

                                              /s/ RMNagy
                                 by _____
                                   *Signature of Clerk or Deputy Clerk*